Case 3:14-cr-00003-RLY-CMM   Document 544   Filed 08/12/24   Page 1 of 1 PageID #: 2061

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Maleek Davis

Case No: 3:14CR00003-001
USM No: 12204-028

Date of Original Judgment: 01/08/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 216 months **is reduced to** 211 months*.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* 151 months on Counts 1 and 10, concurrent, and 60 months on Count 11, to be served consecutively, for a total of 211 months.

Except as otherwise provided, all provisions of the judgment dated 01/08/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/12/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Richard L. Young, U.S. District Court Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Tina M. Dale
Deputy Clerk